CORRUGATING MACHINERY CORPORA-
TION and S. & S. Corrugating Paper Machin-
ery Co., Inc., Plaintiffs-Appellants, v. EM-
PIRE CORRUGATED CONTAINER COR-
PORATION, Defendant-Appellee.

CORRUGATING MACHINERY CORPORA-
TION and S. & S. Corrugating Paper Machin-
ery Co., Inc., Plaintiffs-Appellants, v. PRO-
GRESSIVE CORRUGATED PAPER MA-
CHINERY CO., Inc., Defendant-Appellee.

Nos. 129, 130.

Circuit Court of Appeals, Second Circuit.
Jan. 5, 1931,

Hans v. Briesen and Fred A. Klein, both of New York City, for appellants.

Ward, Crosby & Neal, of New York City (Kenneth S. Neal, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decrees [Corrugating Machinery Corporation v. Progressive Corrugated Paper Machinery Co., 47 F.(2d) 273] affirmed.